**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**MICHAEL LINDSAY,**

*Plaintiff,*

v. Case No.: 8:24-cv-02186-WFJ-LSG

**EQUIFAX INFORMATION SERVICES, LLC,**

*Defendant.*
_________________________________/

**NOTICE OF SETTLEMENT**

COMES NOW, the Plaintiff, pursuant to Local Rule 3.09, and hereby files this Notice of Settlement.

Dated October 7, 2024,

*/s/ Christian E. Cok*
Christian E. Cok, Esq.
Florida Bar No. 1032167
Tel: 813-321-2349
CCok@Seraphlegal.com

SERAPH LEGAL, P. A.
2124 W. Kennedy Blvd. Suite A
Tampa, FL 33606
Fax: 855-500-0705
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System. I also certify that the foregoing document is being served this day to counsel for Defendant, via e-notice, email or US Postal mail.

*/s/Christian E. Cok*
Christian E. Cok, Esq.
Florida Bar Number: 1032167