# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**MICHAEL LINDSAY,**

   *Plaintiff*,

v.                               Case No.:   8:24-cv-02186-WFJ-LSG

**EQUIFAX INFORMATION**
**SERVICES, LLC,**

   *Defendant*.
_____/

## NOTICE OF DISMISSAL WITH PREJUDICE

All Parties having resolved this matter between themselves by mutual agreement, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby dismisses this action with prejudice, effective December 16, 2024, each party to bear its own costs and attorneys' fees.

Respectfully submitted on December 16, 2024.

                                                */s/ Christian E. Cok*
                                                Christian E. Cok, Esq.
                                                Florida Bar No. 1032167
                                                Tel: 813-321-2349
                                                CCok@Seraphlegal.com
                                                SERAPH LEGAL, P. A.
                                                2124 W. Kennedy Blvd. Suite A
                                                Fax: 855-500-0705
                                                *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on December 16, 2024, a copy of the foregoing was filed electronically via the CM/ECF System and served via e-Notice to all counsel of record.

                                                   */s/ Christian E. Cok*
                                                   Christian E. Cok, Esq.
                                                   Florida Bar No. 1032167